UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMILIA HOY, ON HER OWN BEHALF
AND OTHERS SIMILARLY SITUATED,

**Plaintiffs,**

-vs-                                                          Case No. 6:10-cv-1800-Orl-28GJK

AMERICAN COACH LINES OF
ORLANDO, INC.,

**Defendant.**

## ORDER

This case is before the Court on the Joint Agreed Motion and Stipulation for Conditional Certification of an FLSA Collective Action (Doc. No. 32) filed August 15, 2011, and the Joint Motion to Extend Deadlines Contained in Case Management and Scheduling Order (Doc. No. 41) filed October 15, 2011. The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 44), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 2, 2011 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Agreed Motion and Stipulation for Conditional Certification of an FLSA Collective Action (Doc. No. 32) is **GRANTED**.

3. The Joint Motion to Extend Deadlines Contained in Case Management and Scheduling Order (Doc. No. 41) is **GRANTED.**

4. An Order is being entered contemporaneously with this Order conditionally certifying this collective action and authorizing notice to potential members of the collective class.

5. An Order amending the Case Management and Scheduling Order will be entered once Plaintiffs provide the Court with the deadline for members to file their Consents to Join. Plaintiffs shall provide this deadline to the Court as soon as the Notice of Right to Join is sent out.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of December, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party